**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                            No. 24-cr-0375-JB

SHERYL STAPLETON,

       Defendant.

## JOINT MOTION TO VACATE OMNIBUS HEARING

Defendant Sheryl Stapleton, through counsel, Ahmad Assed and Ryan J. Villa, joined by Joseph Johnson, through counsel Marc Lowry, joined by the United States of America, through Jeremy Pena, respectfully requests the Court enter an order vacating the omnibus hearing set for April 11, 2025. As grounds, Counsel states:

1.      An omnibus hearing is currently set for April 11, 2025 at 8:30 a.m. *See* Scheduling Order [Doc. 41].

2.      The parties submitted arguments for Defendant Sheryl Stapleton's Motion for Severance at the February 18, 2025 Hearing. *See* Clerk's Minutes [Doc. 60].

3.      Also set for hearing that date was Ms. Stapleton's Motion for James Hearing, but this was withdrawn, *see* Doc 56. There are currently no other pending motions before the Court and thus no need for a hearing.

4.      Moreover, after the February 18 hearing, Ms. Stapleton filed an Amended Joint Motion to Continue [Doc. 55], which the Court granted, *see* Order [Doc. 57], and issued a new Amended Scheduling Order [Doc. 63]. The Amended Scheduling Order provides that motions can be filed on September 9, 2025. Thus, the Omnibus Hearing scheduled for April 11 is mooted by the new Amended Scheduling Order.

5. Accordingly, counsel for all parties respectfully requests that the Court vacate omnibus hearing on April 11, 2025.

6. Counsel has contacted counsel for Joseph Johnson, Marc Lowry, who indicated he joins in this request.

7. Counsel has contacted counsel for counsel for the United States, Assistant United States Attorney Jeremy Pena, who indicated he joins in this request.

**WHEREFORE**, counsel for all parties respectfully requests the Court enter an order vacating the omnibus hearing on April 11, 2025.

Respectfully submitted,
The Law Office of Ryan J. Villa

By:    /s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave. NE Suite 2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709
Ryan@rjvlawfirm.com

*/s/ Ahmad Assed*
AHMAD ASSED
Law Office of Ahmad Assed
818 5th Street NW
Albuquerque, nm 87102
505-246-8373
Ahmad@assedlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the parties in this matter.

/s/ *Ryan J. Villa*
RYAN J. VILLA