IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                            No. CR 24-0375 JB

SHERYL STAPLETON,
JOSEPH JOHNSON,

    Defendants.

## ORDER

THIS MATTER IS BEFORE THE COURT on the parties' *Joint Motion to Vacate May 23, 2025 Hearing* [Doc. 68], filed May 19, 2025. The Court having considered the joint motion, and being fully advised in the premises, finds that the parties have a created sufficient record to justify granting the motion.

IT IS ORDERED that the hearing set for May 23, 2025, is hereby vacated.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Defendant Sheryl Stapleton


/s/ *Marc Lowry*
RYAN J. VILLA
Counsel for Defendant Joseph Johnson


/s/ *Jeremy Pena*
JEREMY PENA
Assistant United States Attorney