**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                  No. CR 24-0375 JB

SHERYL WILLIAMS STAPLETON, and
JOSEPH JOHNSON,

      Defendants.

**THE COURT'S THIRD PROPOSED STATEMENT OF THE CASE**

      **THIS MATTER** comes before the Court on the Joint Statement of the Case, filed July 30,

2026 (Doc. 155)("Joint Statement").  The Court proposes the following edits to the Joint Statement.

I will now describe to you the charges in the indictment. An indictment is not evidence or proof of guilt, but is the formal accusations of criminal offenses brought by the government against Defendants Sheryl Stapleton and Joseph Johnson. In sum, the indictment alleges that, at all times relevant to the charges, Ms. Stapleton was an agent of Albuquerque Public Schools ("APS"). She was also a New Mexico State representative from 1995 until 2021. The indictment alleges that the U.S. Department of Education provides federal funding for Career and Technical Education ("CTE") programs pursuant to the Carl D. Perkins Vocational and Technical Education Act (the "Perkins Act"). In New Mexico, Perkins funding goes to the New Mexico Public Education Department ("NMPED"), which allocates the federal funds to school districts cross the state. In her official capacity at APS, Ms. Stapleton was the Director of the CTE. It was her responsibility to allocate and administer the Perkins funds that APS received.

The indictment also alleges that Mr. Johnson owned and operated a Washington D.C. company called Robotics Management Learning Systems ("Robotics Management"), and that Robotics Management held the software license and copyright for Cyberquest, a computer learning program that teachers can use in the classroom. The allegations are that Ms. Stapleton reviewed and approved Robotics Management's invoices certifying that APS had received the services listed in the invoices. APS paid Robotics Management under a series of procurement exemptions, sole source contracts and later, as a result of a request for proposal ("RFP"). The indictment alleges that from 2013 to 2021, APS paid Robotics Management a total of $3,251,550, of which $2,518,550 were Perkins funds. The indictment alleges that Ms. Stapleton, as part of her job duties as CTE Director, reviewed and approved Robotics Management's invoices, and directed other APS employees to approve those invoices. Finally, the indictment alleges that from the funds received from APS for providing the math software, Robotics Management paid via check to various entities

owned or controlled by Ms. Stapleton approximately $1,152,506. The indictment alleges that the checks from Robotics Management paid to various entities owned or controlled by Ms. Stapleton were not Robotics Management business expenses, but instead checks and money that Ms. Stapleton accepted intending to be influenced and rewarded in connection with APS's contracts with and payments to Robotics Management. Based on these payments, the indictment alleges 37 counts. I will now briefly describe the counts.

Count 1 of the indictment charges Ms. Stapleton and Mr. Johnson with conspiring together to defraud the United States of its governmental functions and its right to have the official business of the U.S. Department of Education conducted honestly and impartially. Counts 2 through 6 charge Ms. Stapleton with bribery concerning programs receiving federal funds. Counts 7 through 11 also charge Mr. Johnson with bribery concerning programs receiving federal funds.

Counts 12 through 24 charge Ms. Stapleton and Mr. Johnson with mail fraud. The charges allege that Ms. Stapleton and Mr. Johnson devised a scheme to defraud to (1) deprive the United States government and APS of money and property, and (2) deprive the citizens of New Mexico, APS, and the U.S. Department of Education of their right to the honest and faithful services of Ms. Stapleton through bribery and kickbacks.

Counts 25 through 27 charge Ms. Stapleton with fraud and false statements for willfully causing to be filed with the Internal Revenue Service false U.S. Individual Income Tax returns, for the tax years 2015, 2017 and 2018, verified by declarations that were made under penalties of perjury.

Counts 28 through 36 charge Ms. Stapleton and Mr. Johnson with money laundering. The charges allege that Ms. Stapleton and Mr. Johnson wrote checks from the Robotics Management business account that they knew were the proceeds of bribery and mail fraud and deposited them

- 4 -

with knowledge that the transaction was designed to disguise the source of the proceeds of the mail fraud and bribery. Count 37 charges Ms. Stapleton and Mr. Johnson with conspiring to commit money laundering.

Ms. Stapleton and Mr. Johnson deny these allegations and have pleaded not guilty to all 37 counts.