**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.** **Case No: 24-CR-000375-KG**

**SHERYL WILLIAMS STAPLETON,**
**Defendant.**

**DEFENDANT SHERYL WILLIAMS STAPLETON'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW, Defendant Sheryl Williams Stapleton, by and through counsel of record, Ahmad Assed and Ryan J. Villa, and respectfully moves this Court to continue the sentencing hearing currently scheduled for December 16, 2026, and reset sentencing between March 15 and April 2, 2027, subject to the Court's availability. In support of this Motion, Defendant states as follows:

1. On September 3, 2026, this Court entered its Sentencing Guideline Order, setting Defendant's sentencing hearing for December 16, 2026, at 10:00 a.m. (Doc. 201).

2. Co-counsel Ryan J. Villa is scheduled to begin a murder trial in state court on December 14, 2026, which is anticipated to conflict with the currently scheduled sentencing hearing.

3. Mr. Villa also has additional trial settings in January, February, and March 2027, limiting counsel's availability for a continued sentencing hearing.

4. As of the date of this filing, a Presentence Report has not been released as to Ms. Stapleton;

5. Ms. Stapleton is diligently working with probation to provide all of her financial information so that probation can complete the PSR; however, much of the information sought is

from older or closed accounts, which requires additional time to obtain records and documentation.

6. Ms. Stapleton requests a continuance of the sentencing hearing so that counsel may be present for her sentencing;

7. AUSA Frederick Mendenhall has been contacted and does not oppose the requested continuance or resetting sentencing between March 15 and April 2, 2027.

8. Good grounds therefore exist for continuing sentencing pursuant to *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009);

9. The parties respectfully request that the Court find, pursuant to 18 U.S.C. § 3161(h)(7)(A), that if the Court grants this motion, all time between the date of the Order granting the continuance and the next sentencing date be excluded for purposes of the Speedy Trial Act;

10. Ms. Stapleton agrees with this continuance and will not be prejudiced by it. Additional time will permit his counsel to be present for sentencing. Counsel has discussed with Ms. Stapleton her rights under the Speedy Trial Act, and Ms. Stapleton consents to the continuance;

11. Counsel further submits that continuing sentencing and all related deadlines is necessary to provide effective assistance of counsel to Defendant, and that denial of the requested continuance would deny Defendant representation of her counsel of choice.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that the Court enter an Order continuing the Sentencing Hearing currently scheduled for December 16, 2026, at 10:00 a.m., and reset sentencing between March 15 and April 2, 2027, subject to the Court's availability.

Respectfully Submitted,

*/s/ Ahmad Assed*

Ahmad Assed, Esq.
Ahmad Assed & Associates
818 5th St. NW
Albuquerque, NM 87102
Phone: (505) 246-8373
Fax: (505) 246-2930
ahmad@assedlaw.com

*/s/ Ryan J. Villa*

Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave NE Suite C2
Albuquerque, NM 87113
Office: 505-639-5709
Fax: 505-433-5812
Email: ryan@rjvlawfirm.com

Attorneys for Sheryl Stapleton

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered electronically to parties of record, via the CM/ECF system, on this November 3, 2026.

*/s/ Ahmad Assed*
Ahmad Assed, Esq.
Attorney at Law