**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 24-0375-001 KG

SHERYL WILLIAMS STAPLETON,

Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING**

**THIS MATTER** comes before the Court on Defendant Sheryl Williams Stapleton's Unopposed Motion to Continue Sentencing Hearing (Doc. 216). The Court having considered the motion, being fully advised in the premises and in light of *United States v. Toombs*, 574 F.3d 1262 (2009), finds that the Defendant has created a sufficient record to justify granting her motion to continue. *See id.* at 1271 (requiring that the record on a motion to continue contain an explanation of why the mere occurrence of the event identified by the parties as necessitating the continuance results in the need for additional time).

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 216) is granted. The Sentencing Hearing currently scheduled for December 16, 2026 is vacated, and will be reset for March 23, 2027 at 10:00 AM in Santa Fe – 201 Martha Vazquez Historical Courtroom. Furthermore, it is ordered that all deadlines set forth in the Sentencing Guideline Order (Doc. 201) are continued for a period of ninety (90) days.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity,

please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.